THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, Appellant, v. SOPHIE R. WEISMAN and BLACKACRE-WHITEACRE, INC., Appellants, Respondents,

Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements to the plaintiff. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.